[No. 72038-4-I. Division One. August 4, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBIN P. LAVIN, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 12-1-00029-6, Michael J. Sullivan, J., entered February 8, 2013. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Spearman, C.J., concurred in by Appelwick and Trickey, JJ.

[Nos. 40962-3-II; 41672-7-II. Division Two. August 5, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. ADRIAN CONTRERAS-REBOLLAR, *Appellant*.

*In the Matter of Personal Restraint of* ADRIAN CONTRERAS-REBOLLAR, *Petitioner*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-1-01643-4, Ronald E. Culpepper, J., entered July 2, 2010, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Hunt, J., concurred in by Johanson, C.J., and Melnick, J.

[No. 43876-3-II. Division Two. August 5, 2014.]

ARTHUR WEST ET AL., *Appellants*, v. THE PORT OF OLYMPIA ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 07-2-01198-3, Samuel G. Meyer, J. Pro Tem., entered July 30, 2012. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Melnick, J., concurred in by Johanson, C.J., and Worswick, J.